# Exhibit A

## In the County Court of Douglas County, Nebraska

**Tiburon Financial, L.L.C.**
                          **Plaintiff**

vs.

**Shaunna Briles**
                          **Defendant(s)**

Case No.    JUL 15 2014

**Stipulation**

C I 14-19433

COMES NOW the Plaintiff, by and through its attorney, and the Defendant(s) and stipulate and agree as follows:

1. The Defendant(s) herein submit themselves to the jurisdiction of this court. That judgment may be entered herein on the Plaintiff's Complaint in favor of the Plaintiff and against the Defendant(s), for **$1333.36 plus interest, court costs, and attorneys fees when authorized by law..**

2. That Plaintiff agrees not to execute upon said judgment as long as Defendant(s) make payments on the above account to the Plaintiff as follows: **$112.00 every Month, beginning 08/05/2014 until paid in full.** If judgment is entered herein, Defendant shall be responsible for all **interest, court costs, and attorneys fees when authorized by law.**

Payments are to be made to Plaintiff's attorney, James A. Cada, #10553, Edward F. Hoffman, #21397, Linda M. Jewson, #22910 at the following address 1024 K Street Lincoln NE 68508

3. That if the Defendant(s) fails to make each payment as specified in Paragraph 2 herein, Plaintiff may execute on said judgment without further notice to the Defendant(s).

_____   7/14/14
Shaunna Briles                                      Date

_____
Plaintiff's Attorney,
James A. Cada, #10553
Edward F. Hoffman, #21397
Linda M. Jewson, #22910
1024 K Street
Lincoln NE 68508
(402)477-2233
office@cadalaw.com

THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**PLEASE SIGN THE ORIGINAL AND RETURN IT TO OUR OFFICE WITHIN THE NEXT TEN (10) DAYS TO AVOID FURTHER ACTION.
PREPARED AND MAILED ON: July 11, 2014**



001929302C01