**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| SHAUNNA BRILES, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 8:15CV241 |
| vs. | ) ) ) | |
| TIBURON FINANCIAL, LLC, a Nebraska Limited Liability Company; SIGNATURE PERFORMANCE TIBURON, LLC, a Nebraska Limited Liability Company; JACADA, P.C., LLO, a Nebraska Limited Liability Organization; and JAMES A. CADA, an individual, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This case is before the court on the parties' jointly proposed progression deadlines submitted per the court's direction during the planning conference of February 29, 2016. Therefore,

**IT IS ORDERED:**

1. The deadline to amend pleadings and/or add parties:  **April 20, 2016.**

2. The deadline for the plaintiff to file for class certification:  **April 26, 2016.**

3. The deadline for completion of written discovery: **July 12, 2016.**

4. Depositions shall be completed within sixty (60) days of the court's ruling on plaintiff's motion for class certification.

Dated this 14th day of March 2016.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge