IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAUNNA BRILES, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>TIBURON FINANCIAL, LLC, a Nebraska Limited Liability Company; SIGNATURE PERFORMANCE TIBURON, LLC, a Nebraska Limited Liability Company;  JACADA, P.C., LLO, and a Nebraska Limited Liability Organization; and JAMES A. CADA, an individual;<br><br>Defendants. | 8:15CV241<br><br>ORDER |

This matter is before the Court on the Joint Motion for Approval of Postcard Notice and Substitute Long-Form Notice (Filing No. 75).  The parties represent to the Court that the previously approved Long-Form Notice contained a clerical error and they have submitted an amended Long-Form Notice (Filing No. 75-1) for approval by the Court.  The parties have also submitted an amended Post-Card Notice (Filing No. 75-2) that is consistent with the amended Long-Form Notice.  The Court has reviewed the amended Long-Form Notice and the amended Postcard Notice and finds they should be approved.

Accordingly,

IT IS ORDERED:

1. The Joint Motion for Approval of Postcard Notice and Substitute Long-Form Notice (Filing No. 75) is granted;

2

2. The amended Long-Form Notice (Filing No. 75-1) and amended Postcard Notice (Filing No. 75-2) are approved; and

3. The parties are permitted to send the Postcard Notice (Filing No. 75-2) to Class members in accordance with the Court's Memorandum and Order dated August 1, 2016 (Filing No. 73).

Dated this 22nd day of August, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge